## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MARK MACKENZIE,** | : | **CIVIL ACTION** |
| | : | |
| *Plaintiff,* | : | |
| | : | |
| **v.** | : | **No. 19-371** |
| | : | |
| **CAPLAN INDUSRIES, INC. d/b/a** | : | |
| **McDonald's** | : | |
| *Defendant.* | : | |

## ORDER

**AND NOW**, this **19TH** day of **July 2019**, upon consideration of

Defendant's Motion to Dismiss (ECF No. 9) and Plaintiff's Response thereto (ECF

No. 13), it is hereby **ORDERED** and **DECREED** Defendant's Motion to Dismiss

(ECF No. 9) is **DENIED**. Defendant must file an answer to the Complaint on or

before August 2, 2019.

**BY THE COURT:**

**CHAD F. KENNEY, JUDGE**

1